# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

FEB - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )
                           )
        vs.                )   Docket Number: CR 06-00757-02 CRB
                           )
Oscar Torres-Fonseca       )
                           )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __February 23, 2007__ be continued until __April 4, 2007__ at __2:15 p.m.__ .

Date: February 5, 2007

Charles R. Breyer
United States District Judge

NDC-PSR-009 12/06/04